# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00141DAE |
| CASE NAME: | USA v. John David Van Hove |
| ATTYS FOR PLA: | Michael C. Vasiliadis<br>Dean H. Secor |
| ATTYS FOR DEFT: | Alexander Silvert |
| USPO: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/30/2006 | TIME: | 9:45am-10:15am |

COURT ACTION:  EP: Sentencing to Counts 1 and 16 of the Indictment as to Defendant John David Van Hove.

Defendant John David Van Hove present in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant John David Van Hove.

SENTENCE:

Imprisonment:   27 MONTHS, as to Counts 1 and 16, with all such terms to run concurrently

Supervised Release:   1 YEAR as to Count 1; 3 YEARS as to Count 16, with all such terms to run concurrently

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any crimes, federal, state, or local.

3.  Defendant shall not possess illegal controlled substances.

4.  Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5.  Defendant shall refrain from any unlawful use of a controlled substance. Defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision.[DRUG TESTING IS WAIVED]

6.  Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7.  The restitution of $416,700.00 is due immediately as indicated below, and $26,700 is to be paid to the IRS, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income. Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

| Victims | Restitution Amount |
| --- | --- |
| Byron and Teresa Adams | $60,000.00 |
| Randall Bell | 100,000.00 |
| John and Alice Gorman | 125,000.00 |
| Nelson Levine | 18,000.00 |
| Jacob Pass | 19,000.00 |
| Kevin Whittington | 45,000.00 |
| Nathan and Laara Ashlie | 28,000.00 |
| IRS | 26,700.00 |
| TOTAL: | 416,700.00 |

8.  Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant is prohibited from incurring credit charges and lines of credit without the approval of the Probation Office.

10. Defendant shall cooperate with the Internal Revenue Service (IRS) in determining and satisfying the outstanding taxes, interests, and penalties owed to the IRS.

Special Assessment: $200.00.

JUDICIAL RECOMMENDATIONS: Sheridan, OR Prison Camp. Supervised Release to be transferred to Medford, Oregon area.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss All Remaining Counts as to this Defendant Only - GRANTED.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager