# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/8/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:	CR 05-00141DAE

CASE NAME:	USA v. John David Van Hove

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

---

JUDGE:	David Alan Ezra	REPORTER:

DATE:	6/8/2006	TIME:

---

COURT ACTION:  EO: Sentencing to Counts 1 and 16 of the Indictment as to Defendant John David Van Hove.

AMENDED CONDITION:

7.	The restitution of $421,700.00 is due immediately as indicated below, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of his monthly gross income.  Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

| Victims | Restitution Amount |
| --- | --- |
| Byron and Teresa Adams | $60,000.00 |
| Randall Bell | 100,000.00 |
| John and Alice Gorman | 125,000.00 |
| Nelson Levine | 18,000.00 |
| Jacob Pass | 19,000.00 |

| | |
|---|---|
| Kevin Whittington | 45,000.00 |
| Nathan and Laara Ashlie | 28,000.00 |
| IRS | 26,700.00 |
| TOTAL: | 421,700.00 |

Submitted by:  Theresa Lam, Courtroom Manager