AO 245B (Rev. 12/03)  Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:05CR00141-001 | Judgment - Page 2 of 6 |
| DEFENDANT: | JOHN DAVID VAN HOVE, aka: "JOHNNY LIBERTY" | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 MONTHS .

This term consists of TWENTY-SEVEN(27) MONTHS, as to Counts 1 and 16, with all such terms to run concurrently

[✔]   The court makes the following recommendations to the Bureau of Prisons:
Sheridan, OR Prison Camp.  Supervised Release to be transferred to Medford, Oregon area.

[✔]   The defendant is remanded to the custody of the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

[ ]   The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

SEP 2 8 2006

at 9 o'clock and 45 min. AM
SUE BEITIA, CLERK

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____9-19-06_____ to ___FPC, Sheridan___

at ___Sheridan, Oregon___ , with a certified copy of this judgment.

___Charles A. Daniels, Warden___
UNITED STATES MARSHAL

By ___Debra K. Porta___ , LTE
Deputy U.S. Marshal